SHOOK, HARDY & BACON LLP
Michael L. Mallow (SBN 188745)
mmallow@shb.com
Rachel A. Straus (SBN 268836)
rstraus@shb.com
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Tel: (424) 285-8330
Fax: (424) 204-9093

*Attorneys for Defendant*
*American Honda Motor Co. Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL SCHEPLER and ADRIAN GARCIA, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>                Defendant. | Case No. CV 18-6043-GW-AFMx<br><br>Assigned to: Hon. George H. Wu<br><br>**STIPULATION TO STAY CLASS CERTIFICATION DEADLINES FOR ONE MONTH; AND ORDER**<br><br>Third Amended Complaint Filed: August 9, 2019 |

In light of the current public health crisis relating to the coronavirus pandemic[1], Plaintiffs Bill Schepler and Adrian Garcia ("Plaintiffs") and Defendant American Honda Motor Co., Inc., ("AHM") (collectively "Parties") in the above-captioned matters stipulate and agree as follows:

WHEREAS pursuant to the Court's October 11, 2019 Order (Dkt. # 72), Plaintiffs filed their motion for class certification on March 9, 2020, including three expert reports;

WHEREAS per the Court's October 11, 2019 order, the remaining briefing/hearing schedule for Plaintiffs' motion for class certification is as follows:

- **April 8, 2020:** Deadline for AHM to file its Opposition to Plaintiffs' Motion for Class Certification and Expert Reports.
- **April 29, 2020:** Deadline for Plaintiffs to file Reply ISO Motion for Class Certification.
- **May 11, 2020 at 8:30 a.m.:** Hearing on Plaintiffs' Motion for Class Certification.

WHEREAS during this time, both parties expect to take expert depositions, which would require travel, and may require attendees to sit in close quarters during the depositions;

WHEREAS, due to office closures, including AHM's outside counsel's office, school closures, and other impacts of the virus on daily life, the ability of many of the experts, staff, and attorneys involved in this action to devote the necessary resources to this case has been compromised;

WHEREAS the parties met and conferred and agreed for the health and safety of everyone involved in this case, subject to Court approval, to stay the class certification deadlines for one month;

---

[1] On March 11, 2020 the World Health Organization declared the coronavirus (COVID-19) a global pandemic. (https://www.who.int/dg/speeches/detail/who-director-general-s-opening-remarks-at-the-media-briefing-on-covid-19---11-march-2020)

WHEREAS the parties further agree, subject to Court approval, that, on or before April 13, 2020, the parties will file a stipulation with a proposed revised briefing schedule.

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned counsel, and subject to Court approval, to stay class certification deadlines for one month and to submit a proposed revised briefing schedule to the Court on or before April 13, 2020.

Dated:  March 19, 2020

*Respectfully submitted,*

/s/ Rachel A. Straus
Michael L. Mallow
Rachel A. Straus
SHOOK, HARDY & BACON LLP

*Attorneys for Defendant American Honda Motor Co. Inc.*

Dated:  March 19, 2020

*Respectfully submitted,*

/s/Kolin Tang
James C. Shah
Kolin Tang
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

Robert W. Murphy
MURPHY LAW FIRM
Ryan R. Frasher
THE FRASHER LAW FIRM PC

*Attorneys for Plaintiffs and the Proposed Class*

**SO ORDERED**:

DATED: March 18, 2020

HON. GEORGE H. WU,
United States District Judge