1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| BILL SCHEPLER and ADRIAN GARCIA, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN HONDA MOTOR CO., INC., <br><br> Defendant. | Case No. CV 18-6043-GW-AFMx <br><br> Assigned to: Hon. George H. Wu <br><br> **ORDER GRANTING THE PARTIES' STIPULATION RE: (1) REVISED BRIEFING SCHEDULE FOR THE REMAINING CLASS CERTIFICATION DEADLINES AND (2) AHM'S MOTION FOR SUMMARY JUDGMENT** <br><br> Third Amended Complaint Filed: August 9, 2019 |

---

[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION RE: CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT DEADLINES

The Court, having reviewed the parties' Stipulation re: (1) Revised Briefing Schedule for the Remaining Class Certification Deadlines and (2) AHM's Motion for Summary Judgment, and finding good cause shown, **HEREBY ORDERS** the following deadlines and hearing date**:**

| Date | Deadline |
| --- | --- |
| June 12, 2020 | • AHM's Opposition to Class Certification<br>• AHM's Motion for Summary Judgment ("MSJ")<br>• AHM's Motion to Strike Expert Testimony ("MTS") (if any) |
| July 27, 2020 | • Plaintiffs' Reply ISO of Class Certification<br>• Plaintiffs' Opposition to AHM's MSJ<br>• Plaintiffs' Opposition to AHM's MTS (if any)<br>• Plaintiffs' MTS (if any) |
| August 26, 2020 | • AHM's Reply ISO MSJ<br>• AHM's Reply ISO MTS (if any)<br>• AHM's Opp. to MTS (if any) |
| September 17, 2020 | Plaintiffs' Reply ISO MTS (if any) |
| October 1, 2020 at 8:30 a.m. | Hearing on Class Cert, MSJ, and any motions to strike (if any) |

DATED: April 15, 2020

_George H. Wu_

Honorable George H. Wu

United States District Judge