1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL SCHEPLER and ADRIAN GARCIA, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>              Defendant. | CIVIL ACTION NO. 2:18-cv-6043-GW-AFM<br><br>**[PROPOSED] ORDER RE: EXTENSION OF PORTIONS OF REMAINING CLASS CERTIFICATION AND SUMMARY JUDGMENT MOTION DEADLINES**<br><br>Third Amended Complaint Filed: August 9, 2019 |

# ORDER

This Court, having considered the parties' Stipulation re: Extension of Portions of Remaining Class Certification and AHM's Motion for Summary Judgment Deadlines, **HEREBY ORDERS** the following:

1. The deadline for Plaintiffs' Reply in support of their Motion for Class Certification, Opposition to AHM's Motion for Summary Judgment, Oppositions to AHM's MTSs, and Plaintiffs' MTS, if any, is extended to August 3, 2020;

2. The deadline for AHM's Replies in support of its Motion for Summary Judgment and MTSs, and opposition to Plaintiffs' MTS, if any, is extended to September 2, 2020; and

3. The deadline for Plaintiffs' Reply in support of their MTS, if any (September 17, 2020), and the Hearing on Class Certification, AHM's Motion for Summary Judgment, and the MTSs (October 1, 2020 at 8:30 a.m.) will remain as previously scheduled.

Dated: _____          _____
                                        The Honorable George H. Wu
                                        United States District Judge