Michael L. Mallow (SBN 188745)
mmallow@shb.com
Rachel A. Straus (SBN 268836)
rstraus@shb.com
SHOOK, HARDY & BACON L.L.P.
2049 Century Park East, Suite 3000
Los Angeles, California 90067
Telephone:  424.285.8330
Facsimile:  424.204.9093

*Attorneys for Defendant*
*AMERICAN HONDA MOTOR CO., INC.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BILL SCHEPLER and ADRIAN GARCIA, on behalf of themselves and all others similarly situated, | Case No. 2:18-CV-6043-GW-AFM |
| Plaintiffs, | Assigned to: Hon. George H. Wu |
| v. | **NOTICE OF LODGING EXHIBIT 58 TO THE COMPENDIUM OF EVIDENCE II** |
| AMERICAN HONDA MOTOR CO., INC., | |
| Defendant. | |

NOTICE OF LODGING

Defendant American Honda Motor Co., Inc. ("AHM") hereby lodges a USB flash drive containing a video produced by Plaintiffs' technical expert, Gary Whitman, [Exhibit 58 to the Compendium of Evidence II] that AHM was not able to submit via the Court's ECF system

Dated: September 3, 2020

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ Michael L. Mallow
    Michael L. Mallow

    Attorneys for Defendant
    American Honda Motor Co., Inc.