# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL SCHEPLER and ADRIAN GARCIA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | NO. CV 18-6043-GW-AFMx<br><br>**ORDER TO FILE FOURTH AMENDED COMPLAINT, MOTION FOR CLASS CERTIFICATION, AND SUBSEQUENT BRIEFING SCHEDULE**<br><br>Third Amended Complaint Filed: August 9, 2019 |

[PROPOSED] ORDER TO FILE FOURTH AMENDED COMPLAINT, MOTION FOR CLASS
CERTIFICATION, AND SUBSEQUENT BRIEFING SCHEDULE

## ORDER

This Court, having considered the parties' Stipulation to File Fourth Amended Complaint, Motion for Class Certification, and Subsequent Briefing Schedule, and finding good cause shown, **HEREBY ORDERS** the following deadlines:

**December 8, 2020:** Deadline for Plaintiffs to file their Fourth Amended Complaint and Motion for Class Certification;

**February 8, 2021:** Deadline for AHM to file its Opposition to Plaintiffs' Motion for Class Certification, Motion(s) to Strike Expert Testimony (if any), and Motion to Dismiss and/or for Summary Judgment;

**March 22, 2021**: Deadline for Plaintiffs to file Reply ISO Motion for Class Certification, Opposition to AHM's Motion(s) to Strike Expert Testimony (if any), Opposition to AHM's Motion to Dismiss and/or for Summary Judgment, and Motion(s) to Strike Expert Testimony (if any)

**May 3, 2020**: Deadline for AHM to file Reply ISO Motion(s) to Strike Expert Testimony (if any), Reply ISO Motion to Dismiss and/or for Summary Judgment, and Opposition to Plaintiffs' Motion(s) to Strike Expert Testimony (if any);

**May 31, 2020**, Deadline for Plaintiffs to file Reply ISO of Motion(s) to Strike (if any);

//

//

**June 14, 2021 at 8:30 a.m.:** Hearing on Plaintiffs' Motion for Class Certification, AHM's Motion to Dismiss and/or for Summary Judgment, and the parties' Motions to Strike Expert Testimony (if any)

Dated: October 15, 2020

_____
The Honorable George H. Wu
United States District Judge