**MILLER SHAH LLP**
Kolin C. Tang (SBN 279834)
19712 MacArthur Boulevard, Suite 222
Irvine, CA 92612
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: kctang@millershah.com

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL SCHEPLER and ADRIAN GARCIA, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>        Defendant. | CIVIL ACTION NO. 2:18-cv-6043-GW-AFM<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41**<br><br>Fourth Amended Complaint Filed: December 8, 2020 |

Plaintiffs, Bill Schepler and Adrian Garcia ("Plaintiffs") and Defendant, American Honda Motor Co., Inc. ("AHM") (collectively, the "Parties"), through their respective counsel of record, hereby stipulate and agree that, in accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), this action shall be dismissed with prejudice and without costs as to Plaintiffs' individual claims and without prejudice and without costs as to the putative class's claims.

**IT IS SO STIPULATED.**

Dated: October 26, 2021                Respectfully submitted,

/s/Rachel A. Straus
Michael L. Mallow
Rachel A. Straus
SHOOK, HARDY & BACON LLP

*Attorneys for Defendant American Honda Motor Co. Inc.*

Dated: October 26, 2021                Respectfully submitted,

/s/Kolin Tang
James C. Shah
Natalie Finkelman Bennett
Kolin Tang
MILLER SHAH LLP

Robert W. Murphy
MURPHY LAW FIRM

Ryan R. Frasher
THE FRASHER LAW FIRM PC

*Attorneys for Plaintiffs*

## ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4(a)(2)

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: October 26, 2021         *Kolin C. Tang*
                                Kolin C. Tang