JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL SCHEPLER, et al., | Case No.  CV 18-6043-GW-AFMx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| AMERICAN HONDA MOTOR CO., INC., et al., | |
| Defendants. | |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action shall be dismissed with prejudice and without costs as to Plaintiffs' individual claims and without prejudice and without costs as to the putative class's claims.

    IT IS SO ORDERED.

Dated: October 26, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE